**Order entered July 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00583-CV

### CITY OF LANCASTER, Appellant

### V.

### WHITE ROCK COMMERCIAL, LLC, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06471**

## ORDER

Before the Court are appellant's July 18, 2017 motion to incorporate the record and briefs from interlocutory appeal and unopposed motion to extend time to file appellant's brief. We **GRANT** appellant's motions **to the extent** that we **DIRECT** the Clerk of this Court to transfer the clerk's record and reporter's record from appellate cause number 05-16-00842-CV into this appeal. We **ORDER** appellant's brief filed on or before **September 6, 2017**.

/s/     CRAIG STODDART
          JUSTICE